**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 25, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-13-00504-CR
NO. 14-13-00505-CR
NO. 14-13-00506-CR

## IN RE GUADALUPE MENDOZA, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
263rd District Court
Harris County, Texas
Trial Court Cause Nos. 1025189, 1025190, & 1025191

## MEMORANDUM OPINION

On June 10, 2013, relator Guadalupe Mendoza filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel Chris Daniel, the Harris County District Clerk, to supplement the clerk's record in relator's pending appeals.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code.  Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to:  (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction.  Tex. Gov't Code Ann. § 22.221.  The Harris County District Clerk is not a party against whom we may issue a writ of mandamus.  Nor has relator demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. Thus, we have no jurisdiction to grant relator the relief he seeks.  *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.

Do Not Publish — TEX. R. APP. P. 47.2(b).

2